# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **AMANDA JANETTE GREENE,** ) | |
| ) | |
| Plaintiff, ) | Case No. 1:22CV00029 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| **KILOLO KIJAKAZI,** ) | JUDGE JAMES P. JONES |
| **ACTING COMMISSIONER** ) | |
| **OF SOCIAL SECURITY,** ) | |
| ) | |
| Defendant. ) | |

The Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Clerk shall close the case.

ENTER: June 2, 2023

/s/ JAMES P. JONES
Senior United States District Judge